# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #2,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 1:23-cv-00869-JLT-SAB<br><br>ORDER GRANTING MOTION FOR STIPULATED PROTECTIVE ORDER RE SETTLEMENT CONFERENCE<br><br>(ECF No. 11) |

This matter was referred to an early settlement conference scheduled to take place on October 3 and 4, 2023, before Magistrate Judge Kendall Newman. (ECF No. 8). On July 19, 2023, the parties[1] filed a stipulated motion for a protective order to facilitate the exchange of information for the purposes of preparing for the settlement conference. (ECF No. 11.)

///

///

///

---

[1] Plaintiff, and Defendants State of California, CDCR, and Michael Pallares, have agreed to the stipulation. As indicated in the filing, Defendant Greg Rodriguez has not appeared in the action, and will not be represented by the California Attorney General in this case. (ECF No. 11 at n.1.)

1

Pursuant to the stipulation of the appearing parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The motion for protective order (ECF No. 11.) is GRANTED;

2. The stipulated protective order filed on July 19, 2023, (ECF No. 11), is ENTERED;

3. The provisions of the parties' stipulation and this protective order shall remain in effect until further order of the Court;

4. The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents which are to be filed under seal will require a written request which complies with Local Rule 141;

5. The party making a request to file documents under seal shall be required to show either good cause or compelling reasons to seal the documents, depending on the type of filing, Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 677–78 (9th Cir. 2009); Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1101 (9th Cir. 2016); and

6. If a party's request to file protected material under seal is denied by the Court, then the previously filed material shall be immediately accepted by the Court and become information in the public record and the information will be deemed filed as of the date that the request to file the protected information under seal was made.

IT IS SO ORDERED.

Dated:  **July 20, 2023**

UNITED STATES MAGISTRATE JUDGE