# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE #2,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00869-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION AND DIRECTING CLERK OF COURT TO FILE REDACTED DOCUMENT IN PLACE OF CURRENTLY FILED DOCUMENT<br><br>(ECF No. 20) |

On April 30, 2024, the parties filed a stipulated motion for a court order directing the clerk to file a redacted stipulation for voluntary dismissal in place of the currently filed document, which inadvertently contains Plaintiff's name and CDCR number within the proof of service. (ECF No. 20 at 2.) The Court finds good cause to grant the stipulated motion.

Based upon the stipulation by the parties (ECF No. 20), the Court DIRECTS the Clerk of Court to replace the currently filed Stipulation for Voluntary Dismissal with Prejudice (ECF No. 18) with the redacted version of that document that was submitted as Exhibit A to Defendant's Motion (ECF No. 20 at 4-6).

IT IS SO ORDERED.

Dated:　**May 1, 2024**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1